IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | 8:06CR137 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | REASSIGNMENT ORDER |
| JAMES MCCRACKEN, | ) | |
| | ) | |
| Defendant. | ) | |

IT IS ORDERED that, in the interest of judicial economy, this case is reassigned to District Judge Warren K. Urbom for disposition and remains assigned to Magistrate Judge Thomas D. Thalken for judicial supervision and processing of all pretrial matters.

DATED this 7th day of June, 2006.

BY THE COURT:

s/ Joseph F. Bataillon
JOSEPH F. BATAILLON
United States District Judge