IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| Plaintiff, | ) | 8:06CR137 |
| | ) | |
| v. | ) | |
| | ) | |
| JAMES McCRACKEN, | ) | ORDER SCHEDULING CHANGE- |
| | ) | OF-PLEA HEARING |
| Defendant. | ) | |
| | ) | |

Counsel have notified the court that the defendant requests permission to enter a plea of guilty.

IT IS ORDERED that:

1. a hearing on the defendant's anticipated plea of guilty is scheduled before United States Senior District Judge Warren K. Urbom on the 12th day of June, 2006, at the hour of 1:00 p.m., in Courtroom No. 4, Roman L. Hruska United States Courthouse, 111 South 18th Plaza, Omaha, NE 68102;

2. on or before the date set for the plea proceeding, counsel for plaintiff and for defendant shall provide to the assigned probation officer their respective versions of the offense for purposes of preparing the presentence investigation report; and

3. the defendant shall be present for this hearing.

Dated June 7, 2006.

BY THE COURT

s/ Warren K. Urbom
United States Senior District Judge